**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
|  | ) |  |
| ANDRE MICHAEL RICHARD, | ) | Case No. 19-31953-hcd |
| Debtor(s) | ) |  |
|  | ) | BANKRUPTCY JUDGE |
|  | ) | HARRY C DEES |

**REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P.  2002(g)**

   PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Amazon.com Store Card [Last four digit of account:5217]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

   Synchrony Bank
   c/o PRA Receivables Management, LLC
   PO Box 41021
   Norfolk, VA 23541
   Telephone: (877)885-5919
   Facsimile: (757) 351-3257
   E-mail: claims@recoverycorp.com


Dated: Norfolk, Virginia
October 23, 2019

                                          By: /s/ Valerie Smith

                                          Valerie Smith
                                          c/o PRA Receivables Management, LLC
                                          Senior Manager
                                          PO Box 41021
                                          Norfolk, VA 23541
                                          (877)885-5919

Assignee Creditor: Amazon.com Store Card [Last four digit of account:5217]