Certificate Number: 14912-INN-DE-033629379

Bankruptcy Case Number: 19-31953



14912-INN-DE-033629379

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 30, 2019, at 2:32 o'clock PM EDT, Andre Richard completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Indiana.

Date: October 31, 2019

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor